# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

THOMAS SALVADOR MARTINO and
PAMELA CORDELL MARTINO,

    Appellants,

v.                                                        Case No: 8:16-cv-1090-T-30

DOUGLAS N. MENCHISE and
SAVANNAH CAPITAL, LLC,

    Appellees.

_____

## ORDER OF DISMISSAL

Before the Court is the Appellant's Notice of Voluntary Dismissal (Dkt. #4).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of July, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record